# EXHIBIT 2

## 17CV001972 COUNTY OF LAKE vs . PURDUE PHARMA LP et al VAC

| | |
|---|---|
| **Case Type** | (CV) CIVIL |
| **Case Status:** | Open |
| **File Date:** | 12/11/2017 |
| **Action:** | OTHER TORT |
| **Status Date:** | 12/11/2017 |
| **Case Judge:** | CULOTTA, VINCENT A. |
| **Next Event:** | |

[ **All Information** ] [ **Party** ] [ **Docket** ] [ **Disposition** ]

### Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 12/11/2017 | Initial civil action deposit  Receipt: 379330  Date: 12/11/2017 | |
| 12/11/2017 | Complaint, case designation sheet, instructions for service,  filed.  Receipt: 379330  Date: 12/11/2017 | Image |
| 12/11/2017 | Additional parties deposit  Receipt: 379330  Date: 12/11/2017 | |
| 12/11/2017 | Issue Date:  12/11/2017<br>Service:  Summons and all pleadings listed - certified mail<br>Method:  CERTIFIED MAIL<br>Cost Per:  $50.00 writ $ 406.65 postage<br><br>PURDUE PHARMA LP<br>C/O THE PRENTICE HALL CORPORATION<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE   19808<br>Tracking No: 9414726699042107012561<br><br>PURDUE PHARMA INC<br>C/O THE PRENTICE HALL CORPORATION<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE   19808<br>Tracking No: 9414726699042107012578<br><br>PURDUE FREDERICK COMPANY INC<br>C/O THE PRENTICE HALL CORPORATION<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE   19808<br>Tracking No: 9414726699042107012585<br><br>TEVA PHARMACEUTICALS USA INC<br>C/O CORPORATE CREATIONS NETWORK INC<br>3411 SILVERSIDE ROAD<br>WILMINGTON, DE   19810<br>Tracking No: 9414726699042107012592<br><br>CEPHALON INC<br>C/O CORPORATE CREATIONS NETWORK INC<br>3411 SILVERSIDE ROAD<br>WILMINGTON, DE   19810<br>Tracking No: 9414726699042107012608<br><br>JOHNSON & JOHNSON | Image |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|

ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ   08933
Tracking No: 9414726699042107012615

JANSSEN PHARMACEUTICALS INC
116 PINE STREET SUITE 320
HARRISBURG, PA   17101
Tracking No: 9414726699042107012622

ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC
116 PINE STREET SUITE 320
HARRISBURG, PA   17101
Tracking No: 9414726699042107012639

JANSSEN PHARMACEUTICA INC
116 PINE STREET SUITE 320
HARRISBURG, PA   17101
Tracking No: 9414726699042107012646

ENDO PHARMACEUTICALS INC
C/O CORPORATION TRUST CO
1209 ORANGE STREET
WILMINGTON, DE   19801
Tracking No: 9414726699042107012653

ALLERGAN PLC
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY SUITE 125
COLUMBUS, OH   43215
Tracking No: 9414726699042107012660

ACTAVIS INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH   45202
Tracking No: 9414726699042107012677

WATSON LABORATORIES INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH   45202
Tracking No: 9414726699042107012684

ACTAVUS LLC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH   45202
Tracking No: 9414726699042107012691

ACTAVIS PHARMA INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH   45202
Tracking No: 9414726699042107012707

ENDO HEALTH SOLUTIONS INC
C/O THE CORPORATION TRUST CO
1209 ORANGE STREET

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| | WILMINGTON, DE 19801<br>Tracking No: 9414726699042107012714<br><br>INSYS THERAPEUTICS INC<br>1333 S SPECTRUM BLVD 100<br>CHANDLER, AZ 85286<br>Tracking No: 9414726699042107012721<br><br>MCKESSON CORPORATION<br>50 WEST BROAD STREET SUITE 1330<br>COLUMBUS, OH 43215<br>Tracking No: 9414726699042107012738<br><br>CARDINAL HEALTH INC<br>7000 CARDINAL PLACE<br>DUBLIN, OH 43017<br>Tracking No: 9414726699042107012745<br><br>AMERISOURCEBERGEN CORPORATION<br>C/O THE CORPORATION TRUST COMPANY STATUTORY AGENT<br>CORPORATE TRUST CENTER<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801<br>Tracking No: 9414726699042107012752<br><br>MIAMI LUKEN INC<br>265 PIONEER BLVD<br>SPRINGBORO, OH 45066<br>Tracking No: 9414726699042107012769<br><br>PORTENOY, RUSSELL<br>39 BROADWAY 1ST FLOOR<br>NEW YORK, NY 10006<br>Tracking No: 9414726699042107012776<br><br>FINE, PERRY<br>615 ARAPEEN WAY SUITE 155<br>SALT LAKE CITY, UT 84132<br>Tracking No: 9414726699042107012783<br><br>FISHMAN, SCOTT<br>2221 STOCKTON BLVD<br>SACRAMENTO, CA 95817<br>Tracking No: 9414726699042107012790<br><br>WEBSTER, LYNN<br>PRA HEALTH SCIENCES<br>3838 S 700 E202<br>SALT LAKE CITY, UT 84106<br>Tracking No: 9414726699042107012806 | |
| 12/19/2017 | Certified RR# 0127 21 to Insys Therapeutics Inc returned and filed. Service date 12/14/17 | Image |
| 12/19/2017 | Certified RR# 0125 85 to Purdue Frederick Company returned and filed. Service date (not filled in) | Image |
| 12/19/2017 | Certified RR# 0127 45 to Cardinal Health Inc returned and filed. Service date 12/15/17 | Image |
| 12/19/2017 | | Image |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
|  | Certified RR# 0126 22 to Janssen Pharmaceuticals Inc returned and filed. Service date (Not filled in) |  |
| 12/19/2017 | Certified RR# 0127 90 to Scott Fishman (No Signature or date of delivery) Attorney Notified. filed. Copy in file | Image |
| 12/19/2017 | Certified RR# 0126 77 to Actavis Inc. returned and filed. Service date (Not filled in) | Image |
| 12/19/2017 | Certified RR# 0126 84 to Watson Laboratories Inc. returned and filed. Service date (Not filled in) | Image |
| 12/19/2017 | Certified RR# 0126 91 to Actavus LLC Corporate Creations Newwork Inc. returned and filed. Service date: (Not filled in) | Image |
| 12/19/2017 | Certified RR# 0127 07 to Actavis Pharma Inc Corporate Creations Network returned and filed. Service date: (Not filled in) | Image |
| 12/19/2017 | Certified RR# 0127 69 to Miami Luken Inc. returned and filed. Service date : (Not filled in) | Image |
| 12/21/2017 | Notice of appearance of O. Judson Scheaf III and Jordan D. Rauch (for Dr. Portenoy) certificate of service , filed. | Image |
| 12/21/2017 | Certified Return Receipt # 9414 7266 9904 2107 0127 39 to McKesson Corporation returned and filed-service date 12/15/2017 | Image |
| 12/21/2017 | Certified Return Receipt # 9414 7266 9904 2107 0126 46 to Janssen Pharmaceutica Inc returned and filed-no service date given | Image |
| 12/21/2017 | Certified Return Receipt # 9414 7266 9904 2107 0127 83 to Perry Fine returned and filed-no service date given | Image |
| 12/21/2017 | Certified RR# 0128 06 to Lynn Webster PRA Health Sciences returned and filed. Service date: 12/15/17 Label with New Address of PRA Health Sciences 1255 E. 3900 S Salt Lake City, UT 84124-1365. (Notified Attorney) | Image |
| 12/27/2017 | Certified RR# 0126 60 to Allergan Plc returned and filed. Service date 12/22/17 (Zip code should be 43219) | Image |
| 12/27/2017 | Certified RR# 0125 78 to Purdue Pharma Inc. returned and filed. Service date (not filled in) | Image |
| 12/27/2017 | Certified RR# 0126 39 to Ortho McNeil Janssen Pharma returned and filed. Service date (not filled in) | Image |
| 12/27/2017 | Certified RR# 0126 15 to Johnson & Johnson returned and filed. Service date 12/18/17 | Image |
| 12/27/2017 | Certified RR# 0125 92 to Teva Pharmaceuticals USA returned and filed. Service date 12/18/17 | Image |
| 12/27/2017 | Certified RR# 0125 61 to Purdue Pharma LP returned and filed. Service date: (not filled in) | Image |
| 12/27/2017 | Certified RR# 0127 76 to Russell Portenoy returned and filed. Service date 12/18/17 | Image |
| 12/29/2017 | Certified RR# 0126 08 to Cephalon Inc. returned and filed. Service date 12/19/17 | Image |
| 01/09/2018 | Consent Motion for extension of time to respond to complaint, certificate of service, filed. Attorney: RENDON, CAROLE S (0070345) | Image |
| 01/09/2018 | Distributor defendants' consent motion for extension of time to respond to complaint, certificate of service, filed. Attorney: GALLUCCI ESQ, FRANK L. (0072680) | Image |
| 01/10/2018 | Notice of Appearance (for Lake County), Certificate of service, filed. Attorney: TRAPP ESQ, MARY JANE (0005315) | Image |

9414 7266 9904 2107 0127 21

**TO:** INSYS THERAPEUTICS INC
1333 S SPECTRUM BLVD 100
CHANDLER, AZ 85286

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0127 21

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0127 45

**TO:** CARDINAL HEALTH INC
7000 CARDINAL PLACE
DUBLIN, OH 43017

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0127 45

PS Form 3800, January 2005

| | | | |
|---|---|---|---|
| RETURN RECEIPT SERVICE | Postage | | |
| | Certified Fee | | |
| | Return Receipt Fee | | |
| | Restricted Delivery | | |
| | Total Postage & Fees | | |

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
JAN 2 2017
REYNOLDSVILLE, OH

9414 7266 9904 2107 0126 15

**TO:** JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

**SENDER:**

**REFERENCE:** 17CV001972
9266 9904 2107 0126 15

PS Form 3800, January 2005

| | | |
|---|---|---|
| | Postage | |
| RETURN | Certified Fee | |
| RECEIPT | Return Receipt Fee | |
| SERVICE | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0128 06

**TO:** LYNN WEBSTER
PRA HEALTH SCIENCES
3838 S 700 E202
SALT LAKE CITY, UT 84106

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0128 06

PS Form 3800, January 2005

| RETURN | Postage |
| RECEIPT | Certified Fee |
| SERVICE | Return Receipt Fee |
| | Restricted Delivery |
| | Total Postage & Fees |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0127 90

**TO:** SCOTT FISHMAN
2221 STOCKTON BLVD
SACRAMENTO, CA 95817

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0127 90

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0126 60

**TO:** ALLERGAN PLC
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY SUITE 1
COLUMBUS, OH 43215

**SENDER:**

**REFERENCE:** 17CV001972
9266 9904 2107 0126 60

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0127 38

**TO:** MCKESSON CORPORATION
0 WEST BROAD STREET SUITE 1330
COLUMBUS, OH 43215

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0127 38

PS Form 3800, January 2005

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee | |
| Restricted Delivery | |
| Total Postage & Fees | |

RETURN RECEIPT SERVICE

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0127 14

**TO:** ENDO HEALTH SOLUTIONS INC
C/O THE CORPORATION TRUST CO
1209 ORANGE STREET
WILMINGTON, DE 19801

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0127 14

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0126 53

**TO:** [^]DO PHARMACEUTICALS INC
C/O CORPORATION TRUST CO
1209 ORANGE STREET
WILMINGTON, DE 19801

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0126 53

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0126 91

**TO:** ACTAVUS LLC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH 45202

**SENDER:**

**REFERENCE:** 17CV001.972
9414 7266 9904 2107 0126 91

PS Form 3800, January 2005

| | |
|---|---|
| RETURN RECEIPT SERVICE | Postage |
| | Certified Fee |
| | Return Receipt Fee |
| | Restricted Delivery |
| | Total Postage & Fees |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0127 07

**TO:** ACTAVIS PHARMA INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH 45202

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0127 07

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | | |
|---|---|---|---|
| | Certified Fee | | |
| | Return Receipt Fee | | |
| | Restricted Delivery | | |
| | Total Postage & Fees | | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0126 84

**TO:** WATSON LABORATORIES INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH 45202

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0126 84

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0126 77

**TO:** ACTAVIS INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH 45202

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0126 77

PS Form 3800, January 2005

| RETURN<br>RECEIPT<br>SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | 11.80 |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0125 61

**TO:** PURDUE PHARMA LP
C/O THE PRENTICE HALL CORPORATI
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0125 61

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | POSTMARK OR DATE |
|---|---|---|
| | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0125 85

**TO:** PURDUE FREDERICK COMPANY IN
C/O THE PRENTICE HALL CORPORATI
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

**SENDER:**

**REFERENCE:** 17CV001972
9266 9904 2107 0125 85

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |
| | POSTMARK OR DATE | |

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0125 78

**TO:** PURDUE PHARMA INC
C/O THE PRENTICE HALL CORPORATI
2/11 CENTERVILLE ROAD
WILMINGTON, DE 19808

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0125 78

PS Form 3800, January 2005

| | |
|---|---|
| RETURN RECEIPT SERVICE | Postage |
| | Certified Fee |
| | Return Receipt Fee |
| | Restricted Delivery |
| | Total Postage & Fees |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Not Use for International Mail

9414 7266 9904 2107 0125 92

**TO:** TEVA PHARMACEUTICALS USA IN
C/O CORPORATE CREATIONS NETWORK
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0125 92

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0126 08

**TO:** CEPHALON INC
C/O CORPORATE CREATIONS NETWORK
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0126 08

PS Form 3800, January 2005

| RETURN<br>RECEIPT<br>SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | . |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0127 83

**TO:** PERRY FINE
615 ARAPEEN WAY SUITE 155
SALT LAKE CITY, UT 84132

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0127 83

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0127 69

**TO:** MIAMI LUKEN INC
265 PIONEER BLVD
SPRINGBORO, OH 45066

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0127 69

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

PAINESVILLE
OH
2017 DEC 12

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0127 76

**TO:** RUSSELL PORTENOY
39 BROADWAY 1ST FLOOR
NEW YORK, NY 10006

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0127 76

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0127 52

**TO:** AMERISOURCEBERGEN CORPORATI
C/O THE CORPORATION TRUST COMPA
CORPORATE TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

**SENDER:**

**REFERENCE:** 17CV001972

9414 7266 9904 2107 0127 52

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | 16.15 |
| | | POSTMARK OR DATE |

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0126 22

**TO:** JANSSEN PHARMACEUTICALS INC
116 PINE STREET SUITE 320
HARRISBURG, PA 17101

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0126 22

PS Form 3800, January 2005

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | $ $11.80$ |

POSTMARK OR DATE

USPS®
**Receipt for Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0126 46

TO: JANSSEN PHARMACEUTICA INC
16 PINE STREET SUITE 320
HARRISBURG, PA 17101

SENDER:

REFERENCE: 17CV001972
9414 7266 9904 2107 0126 46

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | 11.80 |

POSTMARK OR DATE

USPS®
Receipt for
Certified Mail®

No Insurance Coverage Provided
Do Not Use for International Mail

9414 7266 9904 2107 0126 39

**TO:** ORTHO MCNEIL, JANSSEN PHARMA
116 PINE STREET SUITE 320
HARRISBURG, PA 17101

**SENDER:**

**REFERENCE:** 17CV001972
9414 7266 9904 2107 0126 39

| PS Form 3800, January 2005 | |
|---|---|
| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

**SUMMONS**
## COURT OF COMMON PLEAS
## LAKE COUNTY OHIO

COUNTY OF LAKE
      Plaintiff

      VS.

PURDUE PHARMA LP et al
      Defendant

Case Number: **17CV001972**
Judge VINCENT A. CULOTTA

To the following named DEFENDANT(S):
      File Copy
      You have been named a Defendant in a complaint filed in the Lake County Court of Common Pleas, Lake County Courthouse, Painesville, Ohio. A copy of the complaint is attached hereto. The name and address of the plaintiff's attorney is:

      FRANK L. GALLUCCI ESQ
      PLEVIN & GALLUCCI CO. LPA
      55 PUBLIC SQUARE, SUITE 2222
      CLEVELAND OH 44113

You are hereby summoned and required to do the following:

1. Within 28 days after service of this Summons upon you, serve a copy of an Answer to the Complaint on the Plaintiff's Attorney or on the Plaintiff, if he/she has no attorney of record;

2. Within 3 days after you serve the Plaintiff or the Plaintiff's Attorney, file an Answer with your original signature with the Lake County Clerk of Court.

      **Calculations of time are exclusive of the day of service.**

      If you fail to appear and defend, judgment by default will be rendered against you for the relief demanded in the complaint.

      Maureen G. Kelly
      Clerk, Court of Common Pleas
      Lake County, Ohio
      25 N. Park Place
      Painesville OH 44077

      By *Mary Jo Stack*
      Deputy Clerk

December 11, 2017
PURDUE PHARMA LP     C/O THE PRENTICE HALL CORPORATION 2711 CENTERVILLE ROAD  WILMINGTON DE 19808
PURDUE PHARMA INC     C/O THE PRENTICE HALL CORPORATION 2711 CENTERVILLE ROAD  WILMINGTON DE 19808
PURDUE FREDERICK COMPANY INC     C/O THE PRENTICE HALL CORPORATION 2711 CENTERVILLE ROAD  WILMINGTON DE 19808
TEVA PHARMACEUTICALS USA INC     C/O CORPORATE CREATIONS NETWORK INC 3411 SILVERSIDE ROAD  WILMINGTON DE 19810

CEPHALON INC    C/O CORPORATE CREATIONS NETWORK INC 3411 SILVERSIDE ROAD  WILMINGTON DE 19810

JOHNSON & JOHNSON    ONE JOHNSON & JOHNSON PLAZA  NEW BRUNSWICK NJ 08933

JANSSEN PHARMACEUTICALS INC    116 PINE STREET SUITE 320  HARRISBURG PA 17101

ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC    116 PINE STREET SUITE 320 HARRISBURG PA 17101

JANSSEN PHARMACEUTICA INC    116 PINE STREET SUITE 320  HARRISBURG PA 17101

ENDO PHARMACEUTICALS INC    C/O CORPORATION TRUST CO 1209 ORANGE STREET  WILMINGTON DE 19801

ALLERGAN PLC    CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY SUITE 125  COLUMBUS OH 43215

ACTAVIS INC    CORPORATE CREATIONS NETWORK INC 119 E COURT STREET CINCINNATI OH 45202

WATSON LABORATORIES INC    CORPORATE CREATIONS NETWORK INC 119 E COURT STREET  CINCINNATI OH 45202

ACTAVUS LLC    CORPORATE CREATIONS NETWORK INC 119 E COURT STREET CINCINNATI OH 45202

ACTAVIS PHARMA INC    CORPORATE CREATIONS NETWORK INC 119 E COURT STREET  CINCINNATI OH 45202

ENDO HEALTH SOLUTIONS INC    C/O THE CORPORATION TRUST CO 1209 ORANGE STREET  WILMINGTON DE 19801

INSYS THERAPEUTICS INC    1333 S SPECTRUM BLVD 100  CHANDLER AZ 85286

MCKESSON CORPORATION    50 WEST BROAD STREET SUITE 1330  COLUMBUS OH 43215

CARDINAL HEALTH INC    7000 CARDINAL PLACE  DUBLIN OH 43017

AMERISOURCEBERGEN CORPORATION    C/O THE CORPORATION TRUST COMPANY STATUTORY  AGENT CORPORATE TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

2. Article Number

A. Received by (Please Print Clearly) | B. Date of Delivery
12-14-17

9414 7266 9904 2107 0127 21

C. Signature

X (Laura Smith Webb) ☑ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type  **CERTIFIED MAIL**     2017 DEC 19     PM 12: 34

4. Restricted Delivery? (Extra Fee)  ☐ Yes     KELLY

1. Article Addressed to:     LAKE CO. CLERK OF COURT

INSYS THERAPEUTICS INC       9414 7266 9904 2107 0127 21
1333 S SPECTRUM BLVD 100
CHANDLER, AZ 85286

17CV001972

PS Form 3811, January 2005          Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

AZ 852

14 DEC '17

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

## 2. Article Number

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

9414 7266 9904 2107 0125 85

C. Signature

X *William Lolley*

☐ Agent
☐ Addressee

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type  CERTIFIED MAIL**

2017 DEC 19  PM 12: 34

**4. Restricted Delivery?** *(Extra Fee)*  ☑ Yes

G. KELLY

LAKE CO. CLERK OF COURT

**1. Article Addressed to:**

PURDUE FREDERICK COMPANY IN
C/O THE PRENTICE HALL CORPORATI
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

9414 7266 9904 2107 0125 85

17CV001972

CU

PS Form 3811, January 2005          Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

First-Class Mail
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

2. Article Number

9414 7266 9904 2107 0127 45

3. Service Type **CERTIFIED MAIL®**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

CARDINAL HEALTH INC
7000 CARDINAL PLACE
DUBLIN, OH 43017

17CV001972

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2017 DEC 19 PM 12: 34

DEC 15 2017

MAUREEN G. KELLY
LAKE CO. CLERK OF COURT

9414 7266 9904 2107 0127 45

PS Form 3811, January 2005      Domestic Return Receipt



UNITED STATES POSTAL SERVICE®

OH 430

15 DEC '17

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**



**2. Article Number**

9414 7266 9904 2107 0126 22

**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

JANSSEN PHARMACEUTICALS INC
116 PINE STREET SUITE 320
HARRISBURG, PA 17101

17CV001972

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2017 DEC 19 PM 12: 34

MAUREEN G. KELLY

LAKE CO. CLERK OF COURT

9414 7266 9904 2107 0126 22

**PS Form 3811, January 2005**          **Domestic Return Receipt**

UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

2. Article Number

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9414 7266 9904 2107 0127 90

3. Service Type   **CERTIFIED MAIL®**

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

1. Article Addressed to:

SCOTT FISHMAN
2221 STOCKTON BLVD
SACRAMENTO, CA 95817


17CV001972

| COMPLETE THIS SECTION ON DELIVERY | |
|---|---|
| A. Received by (Please Print Clearly) | B. Date of Delivery |
| C. Signature | |
| X | ☐ Agent  ☐ Addressee |
| D. Is delivery address different from item 1? | ☐ Yes |
| If YES, enter delivery address below: | ☐ No |

FILED

2017 DEC 19 PM 12: 34

MAUREEN G. KELLY
CO CLERK OF COURT

9414 7266 9904 2107 0127 90

Cu

PS Form 3811, January 2005          Domestic Return Receipt

Notified attu



**2. Article Number**

9414 7266 9904 2107 0126 77

**3. Service Type**   CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*    ☐ Yes

**1. Article Addressed to:**

ACTAVIS INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH 45202

17CV001972

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X                                          ☐ Agent
                                           ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

2017 DEC 19 PM 12: 34

9414 7266 9904 2107 0126 77

PS Form 3811, January 2005          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

CM 452

16 DEC '17

First-Class Mail
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

**2. Article Number**

9414 7266 9904 2107 0126 84

**3. Service Type**  CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*  ☑ Yes

**1. Article Addressed to:**

WATSON LABORATORIES INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH 45202

17CV001972

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X _____   ☐ Agent
                            ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

2017 DEC 15  PM 12: 36

G. KELLY
LAKE CO. CLERK OF COURT

9414 7266 9904 2107 0126 84

PS Form 3811, January 2005        Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

վաննակ||սոտոս||ատ||ա||սոտ||||ս||

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

2. Article Number

9414 7266 9904 2107 0126 91

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?     ☐ Yes
If YES, enter delivery address below:     ☐ No

3. Service Type  **CERTIFIED MAIL**

2017 DEC 19  PM 12: 36

G. KELLY
CLERK OF COURT
LAKE CO. CLERK

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

1. Article Addressed to:

ACTAVUS LLC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH 45202

17CV001972

9414 7266 9904 2107 0126 91

**PS Form 3811, January 2005**     Domestic Return Receipt



UNITED STATES POSTAL SERVICE®

First-Class Mail
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

**2. Article Number**

9414 7266 9904 2107 0127 07

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

ACTAVIS PHARMA INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI, OH 45202

17CV001972

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X ☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2017 DEC 19 PM 12: 36

MAUREEN G. KELLY
LAKE CO. CLERK OF COURT

9414 7266 9904 2107 0127 07

PS Form 3811, January 2005         Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

2. Article Number

9414 7266 9904 2107 0127 69

3. Service Type  **CERTIFIED MAIL®**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

MIAMI LUKEN INC
265 PIONEER BLVD
SPRINGBORO, OH 45066

17CV001972

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*    B. Date of Delivery

C. Signature

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

2017 DEC -9  PM 12: 36

LAURED G. KELLY
LAKE CO. CLERK OF COURT

9414 7266 9904 2107 0127 69

PS Form 3811, January 2005        Domestic Return Receipt

UNITED STATES POSTAL SERVICE

CHI 452

15 DEC '17

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

## IN THE COURT OF COMMON PLEAS
## LAKE COUNTY, OHIO

| | | |
|---|---|---|
| **COUNTY OF LAKE,** | ) | **CASE NO. 17CV001972** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

### NOTICE OF APPEARANCE OF O. JUDSON SCHEAF III AND JORDAN D. RAUCH

Please take notice that O. Judson Scheaf III and Jordan D. Rauch of the law firm of Hahn

Loeser & Parks LLP, 65 East State Street, Suite 1400, Columbus, Ohio 43215, hereby enter their

appearances as counsel for Defendant Dr. Russell Portenoy ("Dr. Portenoy"). By filing this

Notice of Appearance, the undersigned are specifically reserving Dr. Portenoy's right to assert

any and all objections and defenses to the asserted claims including those based on due process

or personal jurisdiction considerations.

Respectfully submitted,

O. Judson Scheaf III (0040285)
Jordan D. Rauch (0093389)
Hahn Loeser & Parks LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215
Telephone: (614) 233-5190
Facsimile: (614) 221-5909
Email: jscheaf@hahnlaw.com
       jrauch@hahnlaw.com

*Counsel for Defendant Dr. Russell Portenoy*

2017 DEC 21  AM 10: 29
MAUREEN G. KELLY
LAKE CO. CLERK OF COURT

9826808

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance of O. Judson Scheaf III and Jordan D. Rauch* was served on the 19th day of December 2017, via regular U.S. Mail, postage prepaid, upon the following:

Frank L. Gallucci, III, Esq.
Plevin & Gallucci Co LPA
55 Public Square, Suite 2222
Cleveland, Ohio 44113

and

Nicholas A. Iarocci, Esq.
25 West Jefferson Street
Jefferson, Ohio 44047

And

Paul J. Napoli, (To be admitted *pro hac vice*)
Joseph L. Ciaccio (To be admitted *pro hac vice*)
Salvatore C. Badala (To be admitted *pro hac vice*)
Napoli Shkolnik, PLLC
400 Broadhollow Road, Suite 350
Melville, New York 11747

and

Scott Elliot Smith, Esq.
Scott Elliot Smith LPA
5003 Horizons Drive, Suite 200
Columbus, Ohio 43220

and

Leo M. Spellacy, Jr., Esq.
Thrasher Dismore & Dolan LPA
1111 Superior Avenue, Suite 412
Cleveland, Ohio 44114

*Attorneys for Plaintiff*

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Purdue Pharma L.P.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

and

Purdue Pharma Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

and

The Purdue Frederick Company, Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

and

Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

and

Cephalon, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

9826808

Ortho-McNeil-Janssen
Pharmaceuticals, Inc. n/k/a Janssen
Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Janssen Pharmaceutica, Inc. n/k/a
Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Endo Pharmaceuticals, Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Watson Laboratories Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, Ohio 45202

Actavis LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, Ohio 45202

Actavus LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, Ohio 45202

Actavis Pharma Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, Ohio 45202

Endo Health Solutions Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Insys Therapeutics Inc.
1333 S. Spectrum Boulevard, #100
Chandler, AZ 85286

McKesson Corporation
50 West Broad Street, Suite 1330
Columbus, Ohio 43215

Cardinal Health Inc.
7000 Cardinal Place
Dublin, Ohio 43017

Amerisourcebergen Corporation
1300 East Ninth Street
Cleveland, Ohio 44114

Miami Luken Inc.
265 Pioneer Boulevard
Springboro, Ohio 45066

Perry Fine
615 Arapeen Way, Suite 155
Salt Lake City, UT 84132

Scott Fishman
2221 Stockton Blvd.
Sacramento, CA 95817

Lynn Webster
PRA Health Sciences
3838 S. 700 E #202
Salt Lake City, UT 84106

Jordan D. Rauch
*Counsel for Defendant Dr. Russell Portenoy*

9826808

**IN THE COURT OF COMMON PLEAS**
**LAKE COUNTY, OHIO**

| | |
|---|---|
| COUNTY OF LAKE, | )    **CASE NO. 17CV001972** |
|      Plaintiff, | ) |
| | ) |
|      v. | ) |
| | ) |
| PURDUE PHARMA, L.P., *et al.*, | ) |
| | ) |
|      Defendants | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE OF O. JUDSON SCHEAF III AND JORDAN D. RAUCH

Please take notice that O. Judson Scheaf III and Jordan D. Rauch of the law firm of Hahn Loeser & Parks LLP, 65 East State Street, Suite 1400, Columbus, Ohio 43215, hereby enter their appearances as counsel for Defendant Dr. Russell Portenoy ("Dr. Portenoy"). By filing this Notice of Appearance, the undersigned are specifically reserving Dr. Portenoy's right to assert any and all objections and defenses to the asserted claims including those based on due process or personal jurisdiction considerations.

Respectfully submitted,

O. Judson Scheaf III (0040285)
Jordan D. Rauch (0093389)
Hahn Loeser & Parks LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215
Telephone: (614) 233-5190
Facsimile: (614) 221-5909
Email: jscheaf@hahnlaw.com
       jrauch@hahnlaw.com

*Counsel for Defendant Dr. Russell Portenoy*

2017 DEC 21 AM 10: 29
MAUREEN G. KELLY
LAKE CO. CLERK OF COURT

9826808

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance of O. Judson Scheaf III and Jordan D. Rauch* was served on the 19th day of December 2017, via regular U.S. Mail, postage prepaid, upon the following:

Frank L. Gallucci, III, Esq.
Plevin & Gallucci Co LPA
55 Public Square, Suite 2222
Cleveland, Ohio 44113

and

Nicholas A. Iarocci, Esq.
25 West Jefferson Street
Jefferson, Ohio 44047

And

Paul J. Napoli, (To be admitted *pro hac vice*)
Joseph L. Ciaccio (To be admitted *pro hac vice*)
Salvatore C. Badala (To be admitted *pro hac vice*)
Napoli Shkolnik, PLLC
400 Broadhollow Road, Suite 350
Melville, New York 11747

and

Scott Elliot Smith, Esq.
Scott Elliot Smith LPA
5003 Horizons Drive, Suite 200
Columbus, Ohio 43220

and

Leo M. Spellacy, Jr., Esq.
Thrasher Dismore & Dolan LPA
1111 Superior Avenue, Suite 412
Cleveland, Ohio 44114

*Attorneys for Plaintiff*

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Purdue Pharma L.P.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

and

Purdue Pharma Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

and

The Purdue Frederick Company, Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

and

Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

and

Cephalon, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

9826808

Ortho-McNeil-Janssen
Pharmaceuticals, Inc. n/k/a Janssen
Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Endo Pharmaceuticals, Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Actavis LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, Ohio 45202

Actavis Pharma Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, Ohio 45202

Insys Therapeutics Inc.
1333 S. Spectrum Boulevard, #100
Chandler, AZ 85286

Cardinal Health Inc.
7000 Cardinal Place
Dublin, Ohio 43017

Miami Luken Inc.
265 Pioneer Boulevard
Springboro, Ohio 45066

Scott Fishman
2221 Stockton Blvd.
Sacramento, CA 95817

Janssen Pharmaceutica, Inc. n/k/a
Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Watson Laboratories Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, Ohio 45202

Actavus LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, Ohio 45202

Endo Health Solutions Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

McKesson Corporation
50 West Broad Street, Suite 1330
Columbus, Ohio 43215

Amerisourcebergen Corporation
1300 East Ninth Street
Cleveland, Ohio 44114

Perry Fine
615 Arapeen Way, Suite 155
Salt Lake City, UT 84132

Lynn Webster
PRA Health Sciences
3838 S. 700 E #202
Salt Lake City, UT 84106

_____
Jordan D. Rauch
*Counsel for Defendant Dr. Russell Portenoy*

9826808

**2. Article Number**

9414 7266 9904 2107 0127 38

**3. Service Type  CERTIFIED MAIL®**

**4. Restricted Delivery?** *(Extra Fee)*    ☐ Yes

**1. Article Addressed to:**

MCKESSON CORPORATION
50 WEST BROAD STREET SUITE 1330
COLUMBUS, OH 43215

17CV001972

**COMPLETE THIS SECTION ON DELIVERY**

RECEIVED

Corporation Service Company

**C. Signature**

X    DEC 15 2017    ☐ Agent
                    ☐ Addressee

by

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below:    ☐ No

Dianne E. Schausell
Agent

2017 DEC 21

MAUREEN G. KELLY
LAKE CO. CLERK OF COURT

9414 7266 9904 2107 0127 38

**PS Form 3811, January 2005**         **Domestic Return Receipt**

UNITED STATES POSTAL SERVICE®

COLUMBUS
OH 430

18 DEC '17

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

Ilıılıiılıılllıılıılıılıılıılllıılıılıılllllıılıll

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**



**2. Article Number**

9414 7266 9904 2107 0126 46

**3. Service Type   CERTIFIED MAIL®**

**4. Restricted Delivery?** *(Extra Fee)*   ☑ Yes

**1. Article Addressed to:**

JANSSEN PHARMACEUTICAL INC
116 PINE STREET SUITE 320
HARRISBURG, PA 17101

17CV001972

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X _Rene L. once_   ☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2017 DEC 21 PH 12: 11

MAUREEN G. KELLY
CLERK OF COURT

9414 7266 9904 2107 0126 46

**PS Form 3811, January 2005**        Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

|..|..|..|..|||..|..|..||..|..||.|.|..|..||.||..|..||

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

**2. Article Number**

9414 7266 9904 2107 0127 83

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature

X _____

☒ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
2017 DEC 21 PM 12: 11
MAUREEN
LAWHD
O. CLERK
G. KELLY
OF COURT

9414 7266 9904 2107 0127 83

**3. Service Type   CERTIFIED MAIL®**

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

PERRY FINE
615 ARAPEEN WAY SUITE 155
SALT LAKE CITY, UT 84132

17CV001972

**PS Form 3811, January 2005**          Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

LIT 840

18 DEC '17

First-Class Mail
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

**2. Article Number**

9414 7266 9904 2107 0128 06

**3. Service Type  CERTIFIED MAIL®**

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

LYNN WEBSTER
PRA HEALTH SCIENCES

PRAH838   84106-RFS-1917 *94 12/16/17
NOTIFY SENDER OF NEW ADDRESS
:PRA HEALTH SCIENCES
1255 E 3900 S
SALT LAKE CTY UT 84124-1365

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of De

C. Signature

X                                    ☐ Agent
                                     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

2017 DEC 21  PM 12: 11

LAKE CO. CLERK OF COURT

9414 7266 9904 2107 0128 06

17CV1972



UNITED STATES POSTAL SERVICE

LT 840

18 DEC '17

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

First-Class Mail
Postage & Fees Paid
USPS®
Permit No. G-10

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

**2. Article Number**

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

9414 7266

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type  CERTIF**

2017 DEC 27 PH 12: 36  anna Jones

**4. Restricted Delivery? (E** ___ ___) ☐ Yes

MAUREEN G. KELLY

**1. Article Addressed to:**

LAKE CO. CLERK OF COURT

9414 7266 9904 2107 0126 60

ALLERGAN PLC
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY SUITE 1
COLUMBUS, OH 43219

17CV001972

43219

Fix
zip

cr

PS Form 3811, January 2005          Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

ıss Mail®
ge & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

**2. Article Number**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9414 7266 9904 2107 0125 78

**COMPLETE THIS SECTION ON DELIVERY**

Received by (Please Print Clearly) | B. Date of Delivery

**C. Signature**

x ◻ *William Lolley* ☐ Agent ☐ Addressee

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type  CERTIFIED MAIL**

2017 DEC 27    PM 12: 36

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

MAUREEN G KELLY
LAKE CO. CLERK OF COURT

9414 7266 9904 2107 0125 78

**1. Article Addressed to:**

PURDUE PHARMA INC
C/O THE PRENTICE HALL CORPORATI
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

17CV001972

PS Form 3811, January 2005          Domestic Return Receipt

First Class Mail
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

IlııiıiıilIIııiııiIIııiıiIIıiıiıiIIIIIıılııIIII

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

2. Article Number

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

9414 7266 9904 2107 0126 39

C. Signature

X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type  **CERTIFIED MAIL®**

2017 DEC 27   PM 12: 36

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

G KELLY

1. Article Addressed to:

LAKE CO. CLERK OF COURT   7266 9904 2107 0126 39

ORTHO MCNEIL JANSSEN PHARMA
116 PINE STREET SUITE 320
HARRISBURG, PA 17101

17CV001972

**PS Form 3811, January 2005**    Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

Ildililullllulullulullulullllullull

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

2017 DEC 27  PM 12: 36

2. Article Number

9414 7266 9904 2107 0126 15

3. Service Type   CERTIFIED MAIL®

4. Restricted Delivery? (Extra Fee)    ☐ Yes

9414 7266 9904 2107 0126 15

1. Article Addressed to:

JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

17CV001972

DEC 18 2017

USPS

UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

**2. Article Number**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

Alexa Siemienst. 12-18-17

C. Signature

X _____    ☐ Agent
                       ☐ Addressee

9414 7266 9904 2107 0125 92

D. Is delivery address different from Item 1?    ☐ Yes
If YES, enter delivery address below:            ☐ No

2017 DEC 27 PM 12:36

**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*    ☐ Yes

MAUREEN G. KELLY
CLERK OF COURT
LAKE CO.

**1. Article Addressed to:**

TEVA PHARMACEUTICALS USA IN
C/O CORPORATE CREATIONS NETWORK
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

9414 7266 9904 2107 0125 92

17CV001972

**PS Form 3811, January 2005**          Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**



2. Article Number

9414 7266 9904 2107 0125 61

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

PURDUE PHARMA LP
C/O THE PRENTICE HALL CORPORATI
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

17CV001972

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X  *William Lolley*   ☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

DEC 27  PM 12: 36

MAUREEN G. KELLY
LAKE CO CLERK OF COURT

9414 7266 9904 2107 0125 61

PS Form 3811, January 2005        Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

First-Class Mail
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

2. Article Number

9414 7266 9904 2107 0127 76

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

RUSSELL PORTENOY
39 BROADWAY 1ST FLOOR
NEW YORK, NY 10006

17CV001972

COMPLETE THIS SECTION ON DELIVERY

Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X

D. Is delivery address different from   ☐ Yes
If YES, enter delivery address          ☐ No

2017 DEC 27  PH 12:

LAKE CO. CLERK OF COURT

7266 9904 2107 0127 76



PS Form 3811, January 2005       Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

First Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

## 2. Article Number

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery

Katie Gray  12/19/17

C. Signature

X Katie G

☐ Agent
☐ Addressee

9414 7266 9904 2107 0126 08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type  CERTIFIED MAIL**  2017 DEC 29  PM 12: 06

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

MAUREEN G KELLY
LAKE CO. CLERK OF COURT

1. Article Addressed to:

CEPHALON INC
C/O CORPORATE CREATIONS NETWORK
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

9414 7266 9904 2107 0126 08

17CV001972

PS Form 3811, January 2005     Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

First-Class Mail®
Postage & Fees Paid
USPS®
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

ΙιΙιιΙιΙιΙΙΙιιΙιιιΙΙιιιΙιΙΙιιΙιιΙιιιΙΙιΙΙιιιΙιιΙΙ

**LAKE COUNTY CLERK OF COURTS**
**25 NORTH PARK PLACE**
**PAINESVILLE OH 44077-3416**

FILED

2018 JAN -9 PM 2: 42

MAUREEN G. KELLY
THE COUNTY CLERK OF COURT
LAKE COUNTY COURT

IN THE COURT OF COMMON PLEAS
LAKE COUNTY, OHIO

)
)   CASE NO. 17 CV 001972
)
Plaintiff,      )   JUDGE VINCENT A. CULOTTA
)
v.               )
)
)   **CONSENT MOTION FOR EXTENSION OF**
PURDUE PHARMA L.P., *et al.*,        )   **TIME TO RESPOND TO COMPLAINT**
)
Defendants.   )
)
)

Defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc.,

Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals,

Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc., Endo

Pharmaceuticals Inc., Allergan plc,[1] Allergan Finance, LLC f/k/a Actavis, Inc., Watson

Laboratories, Inc., Actavis LLC., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Endo Health

Solutions Inc., and Insys Therapeutics, Inc. (collectively, the "Manufacturer Defendants"), jointly

and with the consent of Plaintiff County of Lake, hereby request an extension of time to answer,

move, or otherwise respond to Plaintiff's Complaint up to and including March 20, 2018.

Undersigned counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.

have been authorized to seek this extension on behalf of all of the Manufacturer Defendants.

The Manufacturer Defendants are working diligently to compile the necessary information

to properly respond to Plaintiff's allegations. The Parties conferred about this motion and, given

the length and complexity of the Complaint, Plaintiff's counsel authorized defense counsel to

advise the Court that Plaintiff consents to the Manufacturer Defendants' joint request for this

---

[1] Allergan plc, an Irish company, disputes that it was properly served. It joins this motion out of
an abundance of caution, however, because the docket reflects service on December 22, 2017.
Allergan plc expressly reserves all defenses related to personal jurisdiction and service of process.

extension of time.  No prior extension of time has been sought or obtained by the Manufacturer

Defendants.

Wherefore, the Manufacturer Defendants respectfully request that the Court grant their

motion and grant them an extension of time through and including March 20, 2018, to answer,

move, or otherwise respond to the Complaint.  An Agreed Order and Entry providing this extension

is attached hereto.

Dated:  January 9, 2018

Respectfully submitted,

Carole S. Rendon (0070345)
Tera N. Coleman (0090544)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Telephone:  216.621.0200
Facsimile:  216.696.0740
crendon@bakerlaw.com
tcoleman@bakerlaw.com

*Attorneys for Defendants Endo Health
Solutions Inc. and Endo Pharmaceuticals Inc.
and on behalf of all of the Manufacturer
Defendants for purposes of this Motion*

AGREED TO BY:


*/s/Frank Gallucci, per telephone consent on 01/08/2018*
Frank Gallucci (0072680)
PLEVIN, & GALLUCCI COMPANY, L.P.A
55 Public Square
Suite 2222
Cleveland, Ohio 44113
FGallucci@pglawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Consent Motion for Extension of Time to*

*Respond to Complaint* was served by regular U.S. Mail on January 9, 2018 upon the following:

**Frank Gallucci**
PLEVIN, & GALLUCCI
COMPANY, L.P.A
55 Public Square
Suite 2222
Cleveland, Ohio 44113

*Attorney for Plaintiff*

**Mckesson Corporation**
50 West Broad Street, Suite 1330
Columbus, Ohio 43215

**Cardinal Health, Inc.**
7000 Cardinal Place
Dublin, Ohio 43017

**Amerisourcebergen Corporation**
c/o The Corporation Trust Company, Statutory Agent
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

**Miami-Luken, Inc.**
265 Pioneer Blvd.
Springboro, OH 45066

**Russell Portenoy**
39 Broadway, 1st Floor
New York, NY 10006

**Perry Fine**
615 Arapeen Way, Suite 155
Salt Lake County, UT 84132

**Scott Fishman**
2221 Stockton Blvd.
Sacramento, CA 95817

**Lynn Webster**
PRA Health Sciences
3838 S 700 E #202
Salt Lake County, UT 84106

Tera N. Coleman (0090544)
*One of the Attorneys for Defendants Endo Health Solutions Inc.*
*and Endo Pharmaceuticals Inc. and on behalf of all of the*
*Manufacturer Defendants for purposes of this Motion*

FILED

2018 JAN -9 PM 2: 42

MAUREEN G. KELLY
THE COUNTY CLERK OF COURT
LAKE CO. COMMON PLEAS

IN THE COURT OF COMMON PLEAS
LAKE COUNTY, OHIO

THE COUNTY OF LAKE,

                          Plaintiff,

        v.

PURDUE PHARMA L.P., *et al.*,

                       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 17 CV 001972

JUDGE VINCENT A. CULOTTA

**CONSENT MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT**

      Defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc.,

Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals,

Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc., Endo

Pharmaceuticals Inc., Allergan plc,[1] Allergan Finance, LLC f/k/a Actavis, Inc., Watson

Laboratories, Inc., Actavis LLC., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Endo Health

Solutions Inc., and Insys Therapeutics, Inc. (collectively, the "Manufacturer Defendants"), jointly

and with the consent of Plaintiff County of Lake, hereby request an extension of time to answer,

move, or otherwise respond to Plaintiff's Complaint up to and including March 20, 2018.

Undersigned counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.

have been authorized to seek this extension on behalf of all of the Manufacturer Defendants.

      The Manufacturer Defendants are working diligently to compile the necessary information

to properly respond to Plaintiff's allegations. The Parties conferred about this motion and, given

the length and complexity of the Complaint, Plaintiff's counsel authorized defense counsel to

advise the Court that Plaintiff consents to the Manufacturer Defendants' joint request for this

---

[1] Allergan plc, an Irish company, disputes that it was properly served. It joins this motion out of
an abundance of caution, however, because the docket reflects service on December 22, 2017.
Allergan plc expressly reserves all defenses related to personal jurisdiction and service of process.

extension of time.  No prior extension of time has been sought or obtained by the Manufacturer

Defendants.

     Wherefore, the Manufacturer Defendants respectfully request that the Court grant their

motion and grant them an extension of time through and including March 20, 2018, to answer,

move, or otherwise respond to the Complaint.  An Agreed Order and Entry providing this extension

is attached hereto.

    Dated:  January 9, 2018

                     Respectfully submitted,

                     Carole S. Rendon (0070345)
                     Tera N. Coleman (0090544)
                     BAKER & HOSTETLER LLP
                     Key Tower
                     127 Public Square, Suite 2000
                     Cleveland, OH  44114-1214
                     Telephone:  216.621.0200
                     Facsimile:  216.696.0740
                     crendon@bakerlaw.com
                     tcoleman@bakerlaw.com

                     *Attorneys for Defendants Endo Health*
                     *Solutions Inc. and Endo Pharmaceuticals Inc.*
                     *and on behalf of all of the Manufacturer*
                     *Defendants for purposes of this Motion*

AGREED TO BY:


*/s/Frank Gallucci, per telephone consent on 01/08/2018*
Frank Gallucci (0072680)
PLEVIN, & GALLUCCI COMPANY, L.P.A
55 Public Square
Suite 2222
Cleveland, Ohio 44113
FGallucci@pglawyer.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Consent Motion for Extension of Time to*

*Respond to Complaint* was served by regular U.S. Mail on January 9, 2018 upon the following:

**Frank Gallucci**
PLEVIN, & GALLUCCI
COMPANY, L.P.A
55 Public Square
Suite 2222
Cleveland, Ohio 44113

*Attorney for Plaintiff*

**Mckesson Corporation**
50 West Broad Street, Suite 1330
Columbus, Ohio 43215

**Cardinal Health, Inc.**
7000 Cardinal Place
Dublin, Ohio 43017

**Amerisourcebergen Corporation**
c/o The Corporation Trust Company, Statutory Agent
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

**Miami-Luken, Inc.**
265 Pioneer Blvd.
Springboro, OH 45066

**Russell Portenoy**
39 Broadway, 1st Floor
New York, NY 10006

**Perry Fine**
615 Arapeen Way, Suite 155
Salt Lake County, UT 84132

**Scott Fishman**
2221 Stockton Blvd.
Sacramento, CA 95817

**Lynn Webster**
PRA Health Sciences
3838 S 700 E #202
Salt Lake County, UT 84106

Tera N. Coleman (0090544)
*One of the Attorneys for Defendants Endo Health Solutions Inc.
and Endo Pharmaceuticals Inc. and on behalf of all of the
Manufacturer Defendants for purposes of this Motion*

- 3 -

FILED

2018 JAN -9  AM 11: 14

THE COUNTY OF LAKE
MAUREEN G. KELLY
LAKE CO. CLERK (LAKE)URT

**IN THE COURT OF COMMON PLEAS
LAKE COUNTY, OHIO**

|  |  |  |
|---|---|---|
| Plaintiff, | : | CASE NO. 17 CV 001972 |
|  | : |  |
| vs. | : | JUDGE CULOTTA |
|  | : |  |
| PURDUE PHARMA L P., *et al,* | : |  |
|  | : |  |
| Defendants. | : |  |

### DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants McKesson Corporation, Cardinal Health Inc., and AmerisourceBergen Corporation[1] ("Distributor Defendants"), jointly and with the consent of Plaintiff, the County of Lake, hereby request an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint until and including March 16, 2018.

Distributor Defendants are working diligently to compile the necessary information to properly respond to Plaintiff's allegations. Distributor Defendants have conferred with Plaintiff regarding this motion, and, given the length and complexity of the Complaint, Plaintiff's counsel agreed to a sixty (60) day extension of time to answer, move, or otherwise respond.

Wherefore, Distributor Defendants respectfully request that the Court grant their motion for an extension of time through and including March 16, 2018, to answer, move, or otherwise respond to the Complaint. An Agreed Order and Entry providing this extension is attached hereto.

---

[1] Cardinal Health, Inc. and AmerisourceBergen Corporation do not concede by filing this motion that they are proper parties to this lawsuit.

1

7887797

Dated: January _8_, 2018

Respectfully submitted,

*Vincent I. Holzhall*

Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio 43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
alana.tanoury@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

*Joseph F. Murray*

Joseph F. Murray (0063373)
**MURRAY MURPHY MOUL + BASIL LLP**
1114 Dublin Road    by V.I. Holzhall    per email
Columbus, Ohio 43215    #0074901    auth
(614) 488-0400 phone; (614) 488-0401 fax    1-4-18
murray@mmmb.com
*Counsel for Cardinal Health, Inc.*

*Sandra K. Zerrusen*

Sandra K. Zerrusen (0070883)    by V.I. Holzhall
Mark W. Bernlohr (0038640)    #0074901
Aaron E. McQueen (0068753)    per email
Andrew N. Schock (0087998)    auth 1-4-18
**JACKSON KELLY PLLC**
50 South Main Street, Suite 201
Akron, Ohio 44308
(330) 252-9060 phone; (330) 252-9078 fax
skzerrusen@jacksonkelly.com
mwbernlohr@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com
*Counsel for AmerisourceBergen Corporation*

2

AGREED TO BY:

_Frank Gallucci_

Frank Gallucci (0072680)
**PLEVIN & GALLUCCI COMPANY, L.P.A**
55 Public Square, Ste. 2222
Cleveland, OH 44113
FGallucci@pglawyer.com
*Counsel for Plaintiff*

by V. i. Holzhell
# 0074901
per email auth.
1-5-18

3

7887797

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Distributor Defendants' Consent Motion for Extension of Time to Respond to Complaint* was served on the following by regular United States mail, postage prepaid, pursuant to Civil Rule 5(B)(2)(c) this _____ day of January, 2018:

Frank Gallucci (0072680)
PLEVIN & GALLUCCI COMPANY, L.P.A
55 Public Square, Ste. 2222
Cleveland, OH 44113
FGallucci@pglawyer.com

and

Paul J. Napoli
Joseph L. Ciaccio
Salvatore C. Badala
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road, Ste. 350
Melville, NY 11747

and

Leo M. Spellacy, Jr. (0067304)
THRASHER DISMORE & DOLAN LPA
1111 Superior Ave., Ste. 412
Cleveland, OH 44114

and

Scott Elliot Smith (003749)
SCOTT ELLIOT SMITH LPA
5003 Horizons Dr., Ste. 200
Columbus, OH 43220

and

James A. Marniella (0073449)
DEMER & MARNIELLA, LLC
2 Berea Commons, Ste. 200
Berea, OH 44017
*Counsel for Plaintiff*

Purdue Pharma L.P.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

Purdue Pharma Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

The Purdue Frederick Company, Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19810

Cephalon, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19810

4

7887797

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Ortho-McNeil-Janssen Pharmaceuticals, Inc.
n/k/a Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Janssen Pharmaceutica, Inc.
n/k/a Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Endo Pharmaceuticals, Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Allergan PLC F/K/A Actavis PLC
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43215

Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.
Corporate Creations Network, Inc.
119 E. Court Street
Cincinnati, Ohio 45202

Watson Laboratories, Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

Actavis LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

Actavis Pharma, Inc.
f/k/a Watson Pharma, Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

Endo Health Solutions Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Insys Therapeutics, Inc.
1333 S. Spectrum Blvd. #100
Chandler, AZ 85286

Cardinal Health, Inc.
7000 Cardinal Place
Dublin, Ohio 43017

AmerisourceBergen Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Miami-Luken, Inc.
265 Pioneer Blvd.
Springboro, OH 45066

Russell Portenoy
39 Broadway, 1st Fl.
New York, NY 10006

Perry Fine
615 Arapeen Way, Ste. 155
Salt Lake City, UT 84132

Scott Fishman
2221 Stockton Blvd.
Sacramento, CA 95817

5

7887797

Lynn Webster
PRA Health Sciences
3838 S. 700 E. #202
Salt Lake City, UT 84106

Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)

7887797

FILED
2018 JAN 10 PM 12: 24
MAUREEN G. KELLY
LAKE CO. CLERK OF COURT

### IN THE COURT OF COMMON PLEAS
### LAKE COUNTY, OHIO

|  |  |  |
|---|---|---|
| THE COUNTY OF LAKE, | ) | CASE NO. 17CV001972 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | JUDGE VINCENT A. CULOTTA |
| v. | ) |  |
|  | ) |  |
| PURDUE PHARMA LP, *et al.,* | ) | **NOTICE OF APPEARANCE** |
|  | ) |  |
| Defendants. | ) |  |

Notice is hereby given that the undersigned attorney, Mary Jane Trapp, of the law firm of the THRASHER, DINSMORE & DOLAN LLP, enters her notice of appearance as one of the attorneys of record representing the Plaintiff, the County of Lake.  Counsel respectfully requests this Court forward all future notices, correspondence, and relevant documents to the attention of the undersigned at the address written below.

Respectfully submitted,

*Mary Jane Trapp*

Leo M. Spellacy, Jr. (0067304)
Mary Jane Trapp, Esq. (0005315)
THRASHER, DINSMORE & DOLAN LLP
1111 Superior Avenue, Suite 412
Cleveland, OH  44114
(216) 255-5434
Email: mjtrapp@tddlaw.com
             lspellacy@tddlaw.com

Frank L. Gallucci, III, Esq. (0072680)
PLEVIN & GALLUCCI CO LPA
55 Public Square
Suite 2222
Cleveland, OH  44113
(216) 861-0804
Email:  FGallucci@pglawyer.com

Paul J. Napoli, Esq. *(*to be admitted *pro hac vice)*
Joseph L. Ciaccio, Esq. *(*to be admitted *pro hac vice)*
Salvatore C. Badala, Esq. *(*to be admitted *pro hac vice)*
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road, Suite 350
Melville, NY  11747
(844) 230-7676

Scott Elliot Smith, Esq. (003749)
SCOTT ELLIOT SMITH LPA
5003 Horizons Drive
Suite 200
Columbus, OH  43220
(614) 846-1700
ses@sestriallaw.com

James A. Marniella, Esq. (0073449)
DEMER & MARNIELLA, LLC
2 Berea Commons, Suite 200
Berea, OH  44017
(440) 891-1644

*Attorneys for Plaintiff The County of Lake*

### Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appearance of Mary Jane Trapp

was served on the 5th day of January 2018 via regular U.S. mail, postage prepaid, upon the

following:

PURDUE PHARMA LP
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

PURDUE PHARMA FREDERICK COMPANY
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

CEPHALON, INC.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

JANSSEN PHARMACEUTICA, INC. N/K/A
JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

ENDO PHARMACEUTICALS, INC.
c/o THE CORPORATION TRUST CO.
1209 Orange Street
Wilmington, DE 19801

ACTAVIS INC. F/K/A WATSON
PHARMACEUTICALS, INC.
CORPORATE CREATIONS NETWORK INC.
119 E. Court Street
Cincinnati, OH 45202

PURDUE PHARMA INC.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

TEVA PHARMACEUTICALS USA, INC.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. N/K/A JANSSEN
PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

ALLERGAN PLC F/K/A ACTAVIS PLC
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43215

WATSON LABORATORIES, INC.
CORPORATE CREATIONS NETWORK INC.
119 E. Court Street
Cincinnati, OH 45202

ACTAVIS LLC
CORPORATE CREATIONS NETWORK INC.
119 E. Court Street
Cincinnati, OH 45202

ENDO HEATH SOLUTIONS INC.
C/O THE CORPORATION TRUST CO.
1209 Orange Street
Wilmington, DE 19801

MCKESSON CORPORATION
50 West Broad Street, Suite 1330
Columbus, OH 43215

AMERISOURCEBERGEN CORPORATION
C/O THE CORPORATION TRUST COMPANY,
STATUTORY AGENT
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

O. Judson Scheaf III, Esq.
Jordan D. Rauch, Esq.
HAHN LOESER & PARKS LLP
65 East State Street, Suite 1400
Columbus, OH 43215

Attorneys for Defendant
Dr. Russell Portenoy

SCOTT FISHMAN
2221 Stockton Boulevard
Sacramento, CA 95817

ACTAVIS PHARMA, F/K/A WATSON PHARMA, INC.
CORPORATE CREATIONS NETWORK INC.
119 E. Court Street
Cincinnati, OH 45202

INSYS THERAPEUTICS INC.
1333 S. Spectrum Boulevard, Suite100
Chandler, AZ 85286

CARDINAL HEALTH INC.
7000 Cardinal Place
Dublin, OH 43017

MIAMI-LUKEN INC.
265 Pioneer Boulevard
Springboro, OH 45066

PERRY FINE
615 Arapeen Way, Suite 155
Salt Lake City, UT 84312

LYNN WEBSTER
PRA HEATH SCIENCE
3838 S. 700 E, SUITE 200
Salt Lake City, UT 84106

Mary Jane Trapp, Esq. (0005315)

FILED

2018 JAN 11  PM 1: 18

MAUREEN G. KELLY
LAKE CO. CLERK OF COURT

IN THE COURT OF COMMON PLEAS
LAKE COUNTY, OHIO

THE COUNTY OF LAKE,                )    CASE NO. 17 CV 001972
                                   )
                Plaintiff,         )    JUDGE VINCENT A. CULOTTA
                                   )
        v.                         )
                                   )
PURDUE PHARMA L.P., *et al.*,      )
                                   )
                Defendants.        )
                                   )
                                   )

## [PROPOSED] AGREED ORDER AND ENTRY

Upon consideration of the Consent Motion for Extension of Time to Respond to Complaint

filed by certain of the Defendants in this matter, it is hereby:

**ORDERED** that the Consent Motion for Extension of Time to Respond to Complaint be,

and hereby is, **GRANTED**; and it is further

**ORDERED** that the following Defendants shall have up to and including March 20, 2018,

to answer, move, or otherwise respond to Plaintiff's Complaint:  Purdue Pharma L.P., Purdue

Pharma Inc., The Purdue Frederick Company Inc., Teva Pharmaceuticals USA, Inc., Cephalon,

Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals,

Inc., Janssen Pharmaceutica, Inc., Endo Pharmaceuticals Inc., Allergan plc, Allergan Finance,

LLC f/k/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC., Actavis Pharma, Inc. f/k/a

Watson Pharma, Inc., Endo Health Solutions Inc., and Insys Therapeutics, Inc.

Date: _____        _____

                                      JUDGE VINCENT A. CULOTTA

IN THE COURT OF COMMON PLEAS
LAKE COUNTY, OHIO

THE COUNTY OF LAKE,

        Plaintiff,        :        CASE NO. 17 CV 001972

vs.                      :        JUDGE CULOTTA

PURDUE PHARMA L P., *et al,*

        Defendants.     :

## ORDER GRANTING CONSENT MOTION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter comes before the Court upon the consent motion of Defendants McKesson Corporation, Cardinal Health Inc., and AmerisourceBergen Corporation ("Distributor Defendants") for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint. For good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Distributor Defendants shall have until and including Friday, March 16, 2018, to serve their responsive motions or pleadings.

**IT IS SO ORDERED.**

_____
Date

_____
JUDGE VINCENT A. CULOTTA

Approved:

*Vincent I. Holzhall*

Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio 43215
 (614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
alana.tanoury@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

*Joseph F. Murray*

Joseph F. Murray (0063373)
**MURRAY MURPHY MOUL + BASIL LLP**
1114 Dublin road
Columbus, Ohio 43215
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com
*Counsel for Cardinal Health, Inc.*

by V. I. Holzhall
# 0074901
per email auth. 1-4-18

*Sandra K. Zerrusen*

Sandra K. Zerrusen (0070883)
Mark W. Bernlohr (0038640)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
**JACKSON KELLY PLLC**
50 South Main Street, Suite 201
Akron, Ohio 44308
(330) 252-9060 phone; (330) 252-9078 fax
skzerrusen@jacksonkelly.com
mwbernlohr@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com
*Counsel for AmerisourceBergen Corporation*

by V. I. Holzhall
# 0074901
per email auth. 1-4-18

*Frank Gallucci*

Frank Gallucci (0072680)
**PLEVIN & GALLUCCI COMPANY, L.P.A**
55 Public Square, Ste. 2222
Cleveland, OH 44113
FGallucci@pglawyer.com
*Counsel for Plaintiff*

by V. I. Holzhall
# 0074901
per email auth. 1-5-18

2

7884055