UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Trumbull, Ohio v. CVS Health Corp., et al.,* Case No. 1:18-op-45079<br><br>*County of Lake, Ohio v. CVS Health Corp., et al.,* Case No. 1:18-op-45032 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## SO-ORDERED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Lake County, Ohio and Trumbull County, Ohio (jointly "Plaintiffs"), on the one hand, and Defendants Rite Aid of Maryland Inc. d/b/a /Mid-Atlantic Customer Support Center, Rite Aid Hdqtrs. Corp., Eckerd Corporation d/b/a Rite Aid Liverpool Distribution Center, and Rite Aid of Ohio, Inc. (collectively, "Rite Aid Defendants"), on the other, hereby enter this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs stipulate and agree to dismiss with prejudice all claims asserted against the Rite Aid Defendants in Track 3 of the above-captioned litigation.

The above actions are hereby voluntarily dismissed with prejudice as to Rite Aid Defendants only, without costs as to any party against the other.

FOR PLAINTIFF LAKE COUNTY

_____
Name: Frank Gallucci, Esq.
Date: September 16, 2021

FOR PLAINTIFF TRUMBULL COUNTY

_____
Name: Frank Gallucci, Esq.
Date: September 16, 2021

FOR RITE AID DEFENDANTS

*/s/ Kelly A. Moore*
_____
Name: Kelly A. Moore, Esq.
Date: September 16, 2021

SO ORDERED:

 /s/ Dan A. Polster
_____
Honorable Dan A. Polster, J.