| | |
|---|---|
| In Re: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This Document Relates to:**<br><br>*County of Lake v. Purdue Pharma L.P. et al, Case No. 1:18-op-45032-DAP* | NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)<br><br>MDL No.2804<br><br>Case No. 1:18-op-45032-DAP |

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, County of Lake, Ohio and or by its counsel, hereby gives notice that the above-captioned action is dismissed, against defendants, Perry Fine, Scott Fishman, and Lynn Webster, only.

Dated: January 15, 2025

NAPOLI SHKOLNIK PLLC

/s/
Shayna E. Sacks
360 Lexington Avenue 11th Floor
New York, New York 10017
Tele: (212) 397-1000
Fax: 646-843-7619
Email: SSacks@NapoliLaw.com
Attorney for Plaintiff

To: All Parties via CM/ECF

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 15, 2025, she electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

<em>/s/ Shayna E. Sacks</em>