# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *County of Lake, Ohio v. Purdue Pharma L.P., et al.*, Case No. 18-op-45032 <br><br> *County of Trumbull, Ohio v. Purdue Pharma, L.P., et al.*, Case No. 18-op-45079 <br><br> *Track 3 Cases* | MDL No. 2804 <br><br> Case No. 1:17-md-2804 <br><br> Judge Dan Aaron Polster |

## ORDER GRANTING UNOPPOSED MOTION TO RELEASE PHARMACY DEFENDANTS' SUPERSEDEAS BOND

The Court grants the Pharmacy Defendants'[2] unopposed motion to release the Pharmacy Defendants' supersedeas bond. The Court therefore orders the release of Bond Number 285068669 guaranteed by Liberty Mutual Insurance Company.

**SO ORDERED.**

Dated: 4/10/2025

*s/Dan Aaron Polster*
Dan Aaron Polster
United States District Judge

---

[2] Pharmacy Defendants include Walmart Inc., CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., CVS Indiana L.L.C., Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.