# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | MDL 2804 |
| **THIS DOCUMENT RELATES TO:** ) ) | Case No. 1:17-md-2804 |
| *Track Three Cases:* ) ) ) | Judge Dan Aaron Polster |
| *County of Lake, Ohio v.* ) *Purdue Pharma, L.P., et al.,* ) *Case No. 18-op-45032* ) ) | **ORDER** |
| *County of Trumbull, Ohio v.* ) *Purdue Pharma, L.P., et al.,* ) *Case No. 18-op-45079* ) | |

The Court has been advised by counsel of record that the above-captioned cases have been settled. Accordingly, these cases are dismissed with prejudice, with all parties to bear their own costs. Notice by the Clerk of Courts being hereby waived. The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Dated: July 25, 2025                                            *s/Dan Aaron Polster*
                                                                                United States District Judge